UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEALTH & WELFARE FUND OF LOCAL 373 U.A.,

Plaintiff,

-against-

ELEVANCE HEALTH, INC. d/b/a ANTHEM HEALTH CHOICE ASSURANCE, INC. d/b/a ANTHEM BLUE CROSS AND BLUE SHIELD d/b/a ANTHEM f/ka EMPIRE HEALTHCHOICE ASSURANCE, INC. d/b/a EMPRE BLUECROSS BLUESHIELD,

Defendant.

**ORDER**

26-CV-02803 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
August 6, 2026

Philip M. Halpern
United States District Judge